UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

          - against -

ONE 2003 VIKING 61' CONVERTIBLE
MOTOR YACHT KNOWN AS *DOROTHY JO*,
HULL IDENTIFICATION NUMBER
VKY615621203 et al.,

                Defendants.
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/09

09 Civ. 7434 (RMB)

**ORDER**

      Pursuant to this Court's September 1, 2009 order directing the interlocutory sale of the forfeited Defendants in rem, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or any persons having an interest in the Defendants in rem may apply, on or before September 17, 2009 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED.**

Dated: New York, New York
          September 2, 2009

                                          RMB
                                   Richard M. Berman, U.S.D.J.